DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAIME VAN TONGEREN, et al., | ) | DATE: January 16, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, November 21, 2008, be continued to Friday, January 16, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received 160 pages of discovery and needs additional time to review and discuss them with my client.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 16, 2009,

///

///

```
 1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
 2  prepare] (Local Code T4).
 3                                  Respectfully submitted,
                                    DANIEL J. BRODERICK
 4                                  Federal Defender
 5  DATED: November 19, 2008        /S/ Dennis S. Waks
 6                                  DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
 7                                  Attorney for Defendant
                                    JAMIE VAN TONGEREN
 8
 9                                  McGREGOR W. SCOTT
                                    United States Attorney
10
11  DATED: November 19, 2008        /s/ Dennis S. Waks for
12                                  MARY L. GRAD
                                    Assistant U.S. Attorney
13
14                                  O R D E R
15
            IT IS SO ORDERED.
16
    Dated:  November 19, 2008
17
18
19                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
```

2