DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME VAN TONGEREN, et al.,<br><br>　　　　　Defendant.<br>_____ | Cr.S. 08-190-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE:  February 27, 2009<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

　　　It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, January 16, 2009, be continued to Friday, February 27, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received 160 pages of discovery and needs additional time to review and discuss them with my client.

　　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 27, 2009,
/ / /
/ / /

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

             Respectfully submitted,
             DANIEL J. BRODERICK
             Federal Defender

DATED: January 14, 2009   /S/ Dennis S. Waks
             DENNIS S. WAKS
             Supervising Assistant Federal Defender
             Attorney for Defendant
             JAMIE VAN TONGEREN

             LAWRENCE G. BROWN
             Acting United States Attorney

DATED: January 14, 2009   /s/ Dennis S. Waks for
             MARY L. GRAD
             Assistant U.S. Attorney

O R D E R

  IT IS SO ORDERED.

Dated:  January 16, 2009

             GARLAND E. BURRELL, JR.
             United States District Judge