```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAIME VAN TONGEREN, et al., | ) | DATE: April 17, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, February 27, 2009, be continued to Friday, April 17, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received numerous pages of discovery and needs additional time to review and discuss them with my client.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 17, 2009,

/ / /

/ / /

1  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
2  (Local Code T4).

3                                    Respectfully submitted,
                                     DANIEL J. BRODERICK
4                                    Federal Defender

5  DATED: February 25, 2009          /S/ Dennis S. Waks
6                                    _____
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
7                                    Attorney for Defendant
                                     JAMIE VAN TONGEREN
8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11 DATED: February 25, 2009          /s/ Dennis S. Waks for
12                                   _____
                                     MARY L. GRAD
                                     Assistant U.S. Attorney
13

14                         _____O R D E R
15

16         IT IS SO ORDERED.
   Dated:  February 26, 2009
17

18                                   _____
                                     GARLAND E. BURRELL, JR.
19                                   United States District Judge

20

21

22

23

24

25

26

27

28

**2**