DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        ) | Cr.S. 08-190-GEB |
|              Plaintiff, )<br>        ) | **STIPULATION AND ORDER** |
|       v.        )<br>        ) | |
| JAIME VAN TONGEREN, et al., ) | DATE:  June 5, 2009 |
|        ) | TIME:  9:00 a.m. |
|              Defendant. ) | JUDGE: Hon. Garland E. Burrell |
|        ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, April 17, 2009, be continued to Friday, June 5, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received numerous pages of discovery and needs additional time to review and discuss them with my client.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 5, 2009,

/ / /

/ / /

1  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]

2  (Local Code T4).

3                                  Respectfully submitted,
                                   DANIEL J. BRODERICK
4                                  Federal Defender

5  DATED: April 14, 2009           /S/ Dennis S. Waks
                                   _____
6                                  DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
7                                  Attorney for Defendant
                                   JAMIE VAN TONGEREN
8

9                                  LAWRENCE G. BROWN
                                   Acting United States Attorney
10

11 DATED: April 14, 2009           /s/ Dennis S. Waks for
                                   _____
12                                 MARY L. GRAD
                                   Assistant U.S. Attorney
13

14 _____O R D E R

15

16         IT IS SO ORDERED.
   Dated:  April 15, 2009

17

18                                 _____
                                   GARLAND E. BURRELL, JR.
19                                 United States District Judge

20

21

22

23

24

25

26

27

28

**2**