DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAIME VAN TONGEREN, et al., | ) | DATE: August 14, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, June 5, 2009, be continued to Friday, August 14, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received numerous pages of discovery and needs additional time to review and discuss them with my client.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 14, 2009,

/ / /

/ / /

```
pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
(Local Code T4).
                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

DATED: June 3, 2009             /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JAMIE VAN TONGEREN


                                LAWRENCE G. BROWN
                                Acting United States Attorney


DATED: June 3, 2009             /s/ Dennis S. Waks for
                                _____
                                MARY L. GRAD
                                Assistant U.S. Attorney

                        _____O R D E R

        IT IS SO ORDERED.

Dated:  June 5, 2009

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```