DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAIME VAN TONGEREN, et al., | ) | DATE: October 2, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, August 14, 2009, be set for a status conference/change of plea hearing on Friday, October 2, 2009 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, to interview witnesses and continue with plea negotiations.  Counsel has received numerous pages of discovery and needs additional time to review and discuss them with my client.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea hearing set

1  for October 2, 2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv)

2  [reasonable time to prepare] (Local Code T4).

```
                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

DATED: August 11, 2009          /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JAMIE VAN TONGEREN


                                LAWRENCE G. BROWN
                                Acting United States Attorney

DATED: August 11, 2009          /s/ Dennis S. Waks for
                                _____
                                MARY L. GRAD
                                Assistant U.S. Attorney
```

_____O R D E R

 IT IS SO ORDERED.

Dated:  August 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**2**